| | | | |
|---|---|---|---|
| Case No. | SACV 17-00065-CJC (JCGx) | Date | May 2, 2017 |
| Title | Adelfo Cerame, Jr. v. Old Boston Square Associates, Ltd., et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Dwayne Roberts
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

The Court, having been advised by the Plaintiff that this action has been settled by a Notice of Settlement [19], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

In light of the Notice of Settlement, the Court further orders the Order to Show Cause [18] issued on May 1, 2017 discharged.

The Court retains jurisdiction for sixty (60) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

- : -

Initials of Deputy Clerk  dr

cc: